Carroll Jones CHAMBERS, Petitioner, v. UNITED STATES DISTRICT COURT et al., WESTERN DISTRICT OF MISSOURI, Kansas City, Missouri.

No. 13828.

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1948.

Carroll Jones Chambers, pro se.

PER CURIAM.

Petition for writ of mandamus denied.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Welker J. SMUCKER, Williard E. Smucker, and J. M. Smucker, Respondents.

Nos. 10667–10669.

United States Court of Appeals
Sixth Circuit.

Oct. 14, 1948.

Theron L. Caudle, Charles Oliphant, and Charles E. Lowery, all of Washington, D. C., for petitioner.

Meyer A. Cook, of Cleveland, Ohio, for respondents.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

On petition of the Commissioner of Internal Revenue, these three tax reviews came on to be heard on the record, briefs and oral arguments; and it appearing that there is substantial evidence to support the United States Tax Court's findings of fact and that these findings are not clearly erroneous, and that, on its findings, the Tax Court correctly concluded that respondent taxpayers should not be required to include in their income for 1942 that part of the bonuses received which they were obligated to return and did return to the J. M. Smucker Co., a corporation, immediately upon receipt of the same, the decisions of the Tax Court are affirmed.

COMMISSIONER OF INTERNAL REVENUE v. ESTATE of Julius B. WEIL, Deceased, Pauline P. Weil, Eugene J. Stern, and M. E. Kilpatrick, Executors.

No. 10524.

United States Court of Appeals
Sixth Circuit.

Oct. 8, 1948.

Sewall Key and J. P. Wenchel, both of Washington, D. C., for petitioner.

Marion Smith, Bertram S. Boley, and M. E. Kilpatrick, all of Atlanta, Ga., for respondent.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

Pursuant to motion of respondents it is ordered that the petition for review be and the same is dismissed for want of prosecution, with leave to petitioner to move for reinstatement upon good cause shown.